UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBERT ELLIS, JR.                                                                                       PLAINTIFF

V.                                                                       CIVIL ACTION NO.1:07CV124-SA-SAA

COLUMBUS CITY POLICE DEPT., et al.                                                        DEFENDANTS

## FINAL JUDGMENT

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated September 15, 2009, was on that date duly served by first class mail upon the plaintiff, that more than ten days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated September 15, 2009, be, and it is hereby, approved and adopted as the opinion of the Court; and

2. this case is dismissed with prejudice.

THIS, the  14th  day of  October , 2009.


 /s/ Sharion Aycock
**UNITED STATES DISTRICT  JUDGE**